IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT JOHN RUCKER, SR.,

    Plaintiff,

v.                                                        4:14cv664-WS

CORIZON HEALTH CARE,
KIMBERLY CLARK,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation docketed April 13, 2015.  See Doc. 16.  The magistrate judge recommends that Plaintiff's Rule 60(b) motion for relief from judgment be denied.  Plaintiff has filed objections (doc. 17) to the report and recommendation.

Having reviewed the record, including Plaintiff's objections and the exhibits attached thereto, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

2.  Plaintiff's motion for relief from judgment (doc. 15) is DENIED.

DONE AND ORDERED this    28th     day of    April    , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE